FRANK FALZETTA, Cal. Bar No. 125146
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780 / Facsimile: 213.620.1398
E mail:            ffalzetta@smrh.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JEFFREY S. CROWE, Cal. Bar No. 216055
KATHERINE COMAN SAMPLE, Cal. Bar No. 259325
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:   714.513.5100 / Facsimile: 714.513.5130
Email:         jcrowe@smrh.com
                    ksample@smrh.com

Attorneys for Defendants LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYAMAK SULIMANI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 4:20-cv-04041-SBA<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE FACT DISCOVERY CUT-OFF**<br><br>[Local Rules 5-1, 6-1, 6-2]<br><br>Current Fact Discovery deadline:<br>March 18, 2022<br>New Fact Discovery deadline:<br>April 15, 2022<br><br>Complaint Filed:   June 17, 2020<br>Trial Date:            October 24, 2022 |

Plaintiff Seyamak Sulimani ("Plaintiff") and defendants Liberty Insurance Corporation and Liberty Mutual Insurance Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in this matter on June 17, 2020;

WHEREAS, the Court conducted a telephonic Case Management Conference, and issued a Civil Minute Order with discovery, pre-trial and trial dates and deadlines on August 19, 2021 (Doc. 38; the "Order");

WHEREAS, the Order scheduled the close of Fact Discovery on March 18, 2022, among other dates and deadlines;

WHEREAS, Defendants have been attempting to subpoena third-party witness Baltazar Martinez for deposition (the "Subpoena"), but have encountered difficulty locating and serving Mr. Martinez;

WHEREAS, Defendants are diligently continuing attempts to locate and serve Mr. Martinez with the Subpoena;

WHEREAS, Plaintiff served proposed Federal Rule 30(b)(6) Deposition Notices (the "PMK Deposition Notices") to Defendants on February 11, 2021, with one PMK deposition notice directed at Defendant Liberty Insurance Corporation and a separate PMK deposition notice directed at Defendant Liberty Mutual Insurance Company;

WHEREAS, the Parties have been meeting and conferring regarding the categories of testimony and document demands in the PMK Deposition Notices;

WHEREAS, Defendants intend to produce Derek Keeger as the corporate representative for certain categories of testimony in response to each of the PMK Deposition Notices, but Mr. Keeger has scheduling conflicts and a pre-planned vacation prior to the current Fact Discovery cut-off;

WHEREAS, the Parties have tentatively scheduled the depositions in relation to both PMK Deposition Notices for March 24, 2022, and continuing, if necessary, to March 25, 2022;

1     WHEREAS, the Parties therefore agree to extend the Fact Discovery cut-off by 30-days for the completion of Mr. Martinez' and the depositions in connection with the both PMK Deposition Notices;

    WHEREAS, this extension will not alter the date of any other event or any deadline already fixed by Court order or result in a waiver of any rights.

    **THEREFORE**, it is hereby stipulated and agreed by and between the Parties to this action that:

    The Parties shall have until April 15, 2022 to complete the depositions of Baltazar Martinez and the depositions related to the PMK Deposition Notices, but the original March 18, 2022 Fact Discovery deadline shall still apply to all other non-expert depositions and discovery.

    **IT IS SO STIPULATED.**

Dated:  March 3, 2022

                       **KERLEY SCHAFFER, LLP**

                        By     */s/ Christopher Carling*
                              DYLAN SCHAFFER
                        CHRISTOPHER CARLING
                                 RUDY TAP

1  Dated:  March 3, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By   */s/ Katherine C. Sample*
FRANK FALZETTA
JEFFREY S. CROWE
KATHERINE C. SAMPLE
Attorneys for Defendants
LIBERTY INSURANCE CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4/14/2022

*Saundra B. Armstrong*   RS
Richard Seeborg for Saundra B. Armstrong
United State District Court Judge

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to all signatories hereto, and that I have obtained each signatory's authorization to affix his electronic signature to this document.

Executed this 3rd day of March 2022 at Costa Mesa, California.

*/s/ Katherine C. Sample*
KATHERINE C. SAMPLE
Email: ksample@sheppardmullin.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Rudy Tap<br>Chris Carling<br>Kerley Schaffer LLP<br>1939 Harrison Street, #500<br>Oakland, CA 94612<br>Telephone: (510) 379-5801<br>Facsimile: (510) 228-0350<br>Emails:    rudy@kslaw.us<br>                chris@kslaw.us<br>                service@kslaw.us | *Attorneys for Plaintiff* |

*/s/ Laurie Palmer*
Laurie Palmer