```
1   J. Edward Kerley (175695)
    Dylan L. Schaffer (153612)
2   Christopher Carling (254166)
    Rudy Tap (297650)
3   Kerley Schaffer LLP
    1939 Harrison Street, #900
4   Oakland, California 94612
    Telephone: (510) 379-5801
5   Facsimile: (510) 228-0350

6   Attorneys for Plaintiff
    Seyamak Sulimani
7
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEYAMAK SULIMANI,** an individual, | Case No. 4:20-cv-04041 SBA |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY CUT-OFF** |
| v. | |
| **LIBERTY INSURANCE CORPORATION**, an Illinois corporation; **LIBERTY MUTUAL INSURANCE COMPANY**, a Massachusetts corporation; and **DOES 1-10**, inclusive, | Current Expert Discovery Deadline: June 17, 2022 |
| | New Expert Discovery Deadline: September 17, 2022 |
| Defendants. | Date Filed:   June 17, 2020 |
| | Trial Date:   October 24, 2022 |

Joint Stipulation to Extend Expert Discovery Cut-Off

1  Plaintiff Seyamak Sulimani ("Plaintiff") and defendants Liberty Insurance Corporation and Liberty Mutual Insurance Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in this matter on June 17, 2020;

WHEREAS, the Court conducted a telephonic Case Management Conference, and issued a Civil Minute Order with discovery, pre-trial and trial dates and deadlines on August 19, 2021 (Doc. 38; the "Order");

WHEREAS, the Order scheduled the close of Expert Discovery on June 17, 2022, among other dates and deadlines;

WHEREAS, Defendants have indicated that they each intend on filing a motion for summary judgment to be heard on or by August 10, 2022, which could potentially dispose of Plaintiff's lawsuit;

WHEREAS, rather than incur unnecessary fees and costs conducting expert depositions before the dispositive motions are heard in August, the Parties agree that the expert discovery deadline should be continued to September 17, 2022;

WHEREAS, this extension will not alter the date of any other event or any deadline already fixed by Court order or result in a waiver of any rights.

**THEREFORE**, it is hereby stipulated and agreed by and between the Parties to this action that: The Parties shall have until September 17, 2022 to complete expert discovery.

**IT IS SO STIPULATED.**

Dated:  June 3, 2022

**KERLEY SCHAFFER, LLP**

By_____/s/Rudy Tap_____
Rudy Tap
Attorneys for Plaintiff

Dated: June 3, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By     */s/Jeffrey Crowe*
FRANK FALZETTA
JEFFREY S. CROWE
KATHERINE C. SAMPLE
Attorneys for Defendants
LIBERTY INSURANCE CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    6/16/2022

*[signature]*    RS
Richard Seeborg for Saunda B. Armstrong
United State District Court Judge

Joint Stipulation to Extend Expert Discovery Cut-Off