| | |
|---|---|
| SEYAMAK SULIMANI, an individual,<br><br>           Plaintiff,<br><br>           v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 4:20-cv-04041-SBA<br><br>**ORDER GRANTING DEFENDANTS LIBERTY INSURANCE CORPORATION AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE SEPARATE MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT [L.R. 7-11]**<br><br>*[Filed Concurrently with Defendants' Motion for Administrative Relief, Declaration of Katherine Sample and Parties' Stipulation]*<br><br>Judge: Saundra Brown Armstrong<br><br>Complaint Filed:   June 17, 2020<br>Trial Date:             October 24, 2022 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Defendants Liberty Insurance Corporation ("LIC") and Liberty Mutual Insurance Company ("LMIC") (collectively, "Defendants'") filed an unopposed Motion for Administrative Relief Seeking Leave to File Separate Motions for Summary Judgment or Partial Summary Judgment [L.R. 7-11].

The Court, having read and considered the moving brief, Declaration of Katherine Sample and the Parties' Stipulation, hereby **GRANTS** Defendants' Motion on the following grounds:

1. The Parties have stipulated to an Order permitting Defendants to file separate Motions for Summary Judgment or Partial Summary Judgment.

2. This Court's Order for Pre-Trial Preparation (Dkt. 39) states that "[p]arties are limited to filing one motion for summary judgment" absent leave of Court, and that "[a]ligned parties (i.e., co-defendants) should file joint briefs where possible."

3. Separate Motions are warranted because each theory of liability alleged by Plaintiff against Defendants has separate and distinct elements and defenses, and involves discrete issues. Defendants therefore seek leave to file separate Motions in order to fully brief those disparate issues.

4. LIC's Motion will focus on the investigation and adjustment of the insurance claim in relation to California law governing insurance "bad faith" standards and punitive damages.

5. LMIC's Motion will focus on the relationship between it and LIC and California law governing an alter ego theory of liability.

6. In light of these distinct issues and arguments, good cause exists for Defendants to file their own briefs in order to properly present the legal and factual bases for each Motion.

7. Based on the foregoing, Defendants are permitted to file separate Motions for Summary Judgment or Partial Summary Judgment.

**IT IS SO ORDERED.**

DATED: 6/16/2022

*Saundra B. Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
UNITED STATES DISTRICT COURT JUDGE