1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   FRANK FALZETTA, Cal. Bar No. 125146
2  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
3  Telephone:   213.620.1780 / Facsimile: 213.620.1398
   E mail:              ffalzetta@smrh.com
4
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
5  JEFFREY S. CROWE, Cal. Bar No. 216055
   KATHERINE COMAN SAMPLE, Cal. Bar No. 259325
6  650 Town Center Drive, 10th Floor
   Costa Mesa, California 92626
7  Telephone:   714.513.5100 / Facsimile: 714.513.5130
   Email:        jcrowe@smrh.com
8                ksample@smrh.com

9  Attorneys for Defendants LIBERTY INSURANCE CORPORATION
   and LIBERTY MUTUAL INSURANCE COMPANY
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  SEYAMAK SULIMANI, an individual,    | Case No. 4:20-cv-04041-SBA

14          Plaintiff,                  | **STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT NOS. 34 – 42 IN SUPPORT OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

15      v.

16  LIBERTY INSURANCE CORPORATION, an Illinois corporation;
17  LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation;
18  and DOES 1-10, inclusive,

                                        | [Local Rules 7-7(e), 79-5]
19          Defendants.

                                        | Complaint Filed:  June 17, 2020
20                                      | Trial Date:       October 24. 2022

**TO THE HONORABLE COURT:**

Plaintiff Seyamak Sulimani ("Plaintiff") and defendants Liberty Insurance Corporation ("Liberty") and Liberty Mutual Insurance Company ("LMIC" and collectively, "Defendants") (globally, the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation:

**I.   RECITALS.**

WHEREAS:

1. On July 6, 2022, LMIC filed a Motion for Summary Judgment [Dkt. 66] and Liberty filed a Motion for Partial Summary Judgment [Dkt. 67].  Defendants also filed a Motion for Administrative Relief to Seal Exhibit nos. 34 – 42 filed in support of LMIC's Motion for Summary Judgment [Dkt. 69].

2. On July 13, 2022, the Parties stipulated to the dismissal of LMIC without prejudice [Dkt. 72], which renders LMIC's Motion for Summary Judgment moot.  The Parties therefore stipulated to take LMIC's Motion for Summary Judgment off-calendar. However, Liberty's Motion for Partial Summary Judgment remains on calendar for August 10, 2022.

**II.   STIPULATION.**

**THEREFORE**, the Parties, by and through their counsel of record, hereby stipulate that Defendants may withdraw their Motion for Administrative Relief to Seal Exhibit nos. 34 – 42 [Dkt. 69-1], and that Exhibit nos. 34 – 42, which Defendants filed provisionally

///
///
///
///
///
///

under seal [Dkt. 69-2 – 69-10], shall be withdrawn and stricken from the docket, and shall not be made publicly available for any reason.

**IT IS SO STIPULATED.**

Dated:  July 18, 2022

**KERLEY SCHAFFER, LLP**

By:  _/s/ Christopher Carling_
DYLAN SCHAFFER
CHRISTOPHER CARLING
RUDY TAP
Attorneys for Plaintiff SEYAMAK SULIMANI

Dated:  July 18, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  _/s/ Katherine C. Sample_
FRANK FALZETTA
JEFFREY S. CROWE
KATHERINE C. SAMPLE
Attorneys for Defendants
LIBERTY INSURANCE CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 7, 2022

*[signature]* RS
Richard Seeborg for Saundra B. Armstrong
United State District Court Judge