UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEYAMAK SULIMANI,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIBERTY INSURANCE CORPORATION, et al.,<br><br>  Defendants. | Case No:  20-cv-04041 SBA<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR STIPULATION OF DISMISSAL** |

Having received notice of the settlement of this action, see Dkt. 81, IT IS HEREBY ORDERED THAT all pending dates and deadlines are vacated.  The pending Motion for Partial Summary Judgment, Dkt. 67, and Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. 77, shall be held in abeyance pending finalization of the parties' settlement agreement.  The parties shall file a joint stipulation for dismissal by October 5, 2022.

IT IS SO ORDERED.

Dated: September 7, 2022

_Saundra B Armstrong_ RS
Richard Seeborg for Saundra B. Armstrong
United States District Courts